| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz (admitted *pro hac vice*) | Melissa S. Hayward |
| John A. Morris (admitted *pro hac vice*) | Texas Bar No. 24044908 |
| Gregory V. Demo (admitted *pro hac vice*) | Zachery Z. Annable |
| Jordan A. Kroop (admitted *pro hac vice*) | Texas Bar No. 24053075 |
| 10100 Santa Monica Blvd., 13th Floor | 10501 N. Central Expy, Ste. 106 |
| Los Angeles, CA 90067 | Dallas, Texas 75231 |
| Tel: (310) 277-6910 | Tel: (972) 755-7100 |

*Counsel for Highland Capital Management, L.P.
and the Highland Claimant Trust*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | Case No. 19-34054-sgj11 |
| Reorganized Debtor. | |
| THE DUGABOY INVESTMENT TRUST, | Case No. 3:25-cv-02579-B |
| Appellant, | |
| v. | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., *et al.*, | |
| Appellees. | |

### NOTICE WITH RESPECT TO APPELLEES' PENDING *EMERGENCY* MOTION FOR A LIMITED STAY AND EXTENSION OF TIME TO RESPOND TO MOTION FOR LEAVE PENDING THE OUTCOME OF A RELATED MOTION TO STRIKE

Highland Capital Management, L.P. ("**Highland**") and the Highland Claimant

Trust (the "**Claimant Trust**" and, together with Highland, the "**Appellees**") hereby

provide notice that their *Motion to Strike Items Improperly Designated as Part of the Record on Appeal* [Bankr. Doc. 4434] (the "**Motion to Strike**") pending in the United States Bankruptcy Court for the Northern District of Texas (the "**Bankruptcy Court**")—described more fully in *Appellees' Emergency Motion for a Limited Stay and Extension of Time to Respond to Motion for Leave Pending the Outcome of a Related Motion to Strike* [Doc. 18] (the "**Emergency Motion**")[1] filed with the Court on October 20, 2025—has been set for a hearing in the Bankruptcy Court on November 24, 2025, and Appellees respectfully request that the Court address the Emergency Motion in advance of the current October 24, 2025 deadline for filing a response to The Dugaboy Investment Trust's pending *To the Extent Necessary, Appellant The Dugaboy Investment Trust's Motion for Leave to Appeal Order Denying Fifth Motion to Recuse* [Doc. 17] (the "**Motion for Leave**").

[*Remainder of Page Intentionally Blank*]

---

[1] Capitalized terms not otherwise defined in this notice shall have the meanings ascribed to them in the Emergency Motion.

2

October 21, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (admitted *pro hac vice*)
John A. Morris (admitted *pro hac vice*)
Gregory V. Demo (admitted *pro hac vice*)
Jordan A. Kroop (admitted *pro hac vice*)
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Email:  jpomerantz@pszjlaw.com
         jmorris@pszjlaw.com
         gdemo@pszjlaw.com
         jkroop@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P., and the Highland Claimant Trust*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on October 21, 2025, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system upon all parties receiving electronic notice in this case.

                                                  */s/ Zachery Z. Annable*
                                                  Zachery Z. Annable